IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| KENNETH RAY, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-CV-01038-SDJ-AGD |
| § | |
| COMMISSIONER, SSA § | |
| § | |
| Defendant. § | |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On September 2, 2025, the Report of the Magistrate Judge, (Dkt. #18), was entered containing proposed findings of fact and recommendation that the Commissioner's decision be affirmed.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that the Commissioner's decision is **AFFIRMED**.

It is finally **ORDERED** that any request for relief not addressed by the Report (Dkt. #18) is **DENIED as moot**.

So ORDERED and SIGNED this 17th day of September, 2025.

SEAN D. JORDAN
UNITED STATES DISTRICT JUDGE